JAN I. GOLDSMITH, City Attorney
DANIEL F. BAMBERG, Assistant City Attorney
DONALD F. SHANAHAN, Chief Deputy City Attorney
California State Bar No. 49777
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856
Attorneys for Defendants
Ariel Savage and Justin Mattly

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SGT. JAVIER COTA, an individual, | ) Case No. 12cv0998 BAS (JLB) |
| Plaintiff, | ) |
| v. | ) **DEFENDANTS, ARIEL SAVAGE AND JUSTIN MATTLY'S PRETRIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 26(a)(3)** |
| CITY OF SAN DIEGO, CHIEF OF POLICE WILLIAM LANSDOWNE, ASSISTANT CHIEF BOYD LONG, SDPD OFFICER ARIEL SAVAGE, SDPD OFFICER JUSTIN MATTLY, SDPD SERGEANT, SDPD SGT. C.M. SAROT, SDPD LT. DAN CHRISTMAN SDPD SGT. BRET RIGHTHOUSE, and DOES 1-50, inclusive, | ) |
| Defendants. | ) |

Defendants, ARIEL SAVAGE and JUSTIN MATTLY, provide the

following Pretrial Disclosures pursuant to Federal Rule of Civil Procedure section

26(a)(3)(A). Said defendants expect to present the following witnesses:

| Name | Last Known Address | Subjects of Information |
|---|---|---|
| **COTA, Javier Fabian** | | Plaintiff in the subject lawsuit. |
| **CHRISTMAN, Daniel (ID 3316)** Lieutenant | San Diego Police Department 1401 Broadway San Diego, CA. 92101 | Field Lieutenant at SDPD Central Division at the time of the subject incident. Made contact with plaintiff at SDPD Sally Port. Defendant in the subject lawsuit. |

1

| Name | Last Known Address | Subjects of Information |
|---|---|---|
| **HARA, JERRY (ID 4973)** Lieutenant | San Diego Police Department 1401 Broadway San Diego, CA. 92101 | Contacted Mesa PD to inform of Cota's arrest. |
| **MATTLY, Justin (ID 6143)** Police Officer | San Diego Police Department 1401 Broadway San Diego, CA. 92101 | Arrested plaintiff for PC 647(f). Defendant in the subject lawsuit. |
| **RIGHTHOUSE, Bret (ID 4173)** Sergeant | San Diego Police Department 1401 Broadway San Diego, CA. 92101 | Investigated arrest for Internal Affairs. Defendant in the subject lawsuit. |
| **SAROT, Christopher (ID 4689)** Sergeant | San Diego Police Department 1401 Broadway San Diego, CA. 92101 | Contacted plaintiff at SDPD Sallyport. Supervised arresting officers. Defendant in the subject lawsuit. |
| **SAVAGE, Ariel (ID 6059)** Police Officer | San Diego Police Department 1401 Broadway San Diego, CA. 92101 | Witnessed arrest of plaintiff. Defendant in the subject lawsuit. |
| **BURNHAN, Ryan** Sergeant | Mesa Police Department 130 North Robson Mesa, AZ 85201 | Worked with Plaintiff. |
| **FILLER, Anthony (ID 7951)** Lieutenant | Mesa Police Department 130 North Robson Mesa, AZ 85201 | Disciplined Cota for 12-4-08 violation during which Cota left a firearm in City Council Chambers. Gave an unfavorable performance review for Cota. |
| **MANNING, Gary** Human Resources Manager | City of Mesa 20 E. Main Street Suite 130 Mesa, AZ 85201 | Responsible for the union election investigation. |
| **MEZA, John** Assistant Chief | Mesa Police Department 130 North Robson Mesa, AZ 85201 | Presided over Cota's admin hearing regarding union election investigation – termination recommendation. Suspended Cota for three days and placed him on one year probation for not being truthful with investigators. Testified at Cota's Civil Service Hearing for the subject arrest. |

| Name | Last Known Address | Subjects of Information |
|---|---|---|
| **MILSTEAD, Frank** Chief of Police | Mesa Police Department 130 North Robson Mesa, AZ 85201 | Chief of Police Mesa Arizona. Suspended, demoted, and placed Cota on disciplinary probation following his San Diego arrest. |
| **MYERS, Vicki L.** Interim Police Chief | Mesa Police Department 130 North Robson Mesa, AZ 85201 | Placed Cota on administrative leave in February of 2010 for union election investigation. |
| **SHELLEY, Joseph** Commander | Mesa Police Department 130 North Robson Mesa, AZ 85201 | Cota informed Shelley of his arrest on 6-4-11 at 7:46pm. Reviewed the IA investigation into Cota's San Diego arrest and recommended discipline. |
| **THOMAS, Tom** Detective | Mesa Police Department 130 North Robson Mesa, AZ 85201 | Conducted internal affairs investigation of Cota regarding the subject arrest. |
| **COTA, Jaime** | Unknown | Plaintiff's nephew who was with him at the time of his arrest. |
| **WAHLBERG, Tim** Sergeant | Mesa Police Department 130 North Robson Mesa, AZ 85201 | Worked with Plaintiff |
| **WISE, Jake** | Volunteers of America 101 16th Street San Diego, CA. 92102 | Recalls checking Cota into the detox facility. He stated that Cota was cooperative. Gave recorded interview to Cota representative. |
| **PELLEGRINO, Elmer** | 7560 Navigator Circle Carlsbad, CA. 92009 | City's police procedures expert. |
| **STAM, James** | 909 Hymettus Avenue Encinitas, CA. 92024 | City's alcohol expert. |

  **A2.** Defendants, ARIEL SAVAGE and JUSTIN MATTLY, provide the following Pretrial Disclosures pursuant to Federal Rule of Civil Procedure section 26(a)(3)(A). Said defendants may call the following witnesses if the need arises:

   Defendants may call any witnesses identified by Plaintiff.

**B.** Defendants do not expect to present any depositions in lieu of live testimony.

**C.** Defendants, ARIEL SAVAGE and JUSTIN MATTLY, provide the following Pretrial Disclosures pursuant to Federal Rule of Civil Procedure section 26(a)(3)(C). Said defendants expect to offer the following exhibits:

| Exhibit No. | Description of Document |
|---|---|
| 1. | Excerpts from the Mesa Police Department Internal Affairs Investigation of Javier Cota for the 2010 misuse of police roster investigation. |
| 2. | Materials from Javier Cota's Facebook page. |
| 3. | 17 photos of the scene taken on 6-6-11 by Sgt. Bret Righthouse |
| 4. | Surveillance video from Henry's Pub at 618 5th Avenue and eleven still images taken from the video |
| 5. | Javier Cota's Mesa PD Personnel File |
| 6. | Detox Check In Slip written by J. Wise of Volunteers of America on 6-4-11 |
| 7. | SDPD Procedure 6.19 Public Inebriates dated 12-29-08 |
| 8. | 20 photos of officers, scene, detox taken by Mesa PD Internal Affairs |
| 9. | Diagram of scene made by Javier Cota and provided to Mesa PD IA Investigators |
| 10. | Transcription of Internal Affairs Interviews of Javier Cota, Joseph Shelley |
| 11. | Mesa PD Personnel Rules |
| 12. | Mesa PD IA Report # 2008-318 Investigation of Javier Cota for carelessly leaving an unattended gun in Council Chambers. |

| Exhibit No. | Description of Document |
|---|---|
| 13. | Mesa PD IA Report # 2010-041 Investigation of Javier Cota regarding violation of a direct order regarding the distribution of an employee e-mail list. |
| 14. | Mesa PD IA Report # 2010-108 Investigation of Javier Cota regarding sending of inappropriate text messages. |
| 15. | Transcript of meeting between Javier Cota and Chief Frank Milstead dated 9-28-11 |
| 16. | Photographs taken by Principal City Attorney Investigator D. Andrews dated 1-21-15 |
| 17. | Pedicab diagram – Exhibit 2 to Deposition of Javier Cota |
| 18. | Scene diagram – Exhibit 3 to Deposition of Javier Cota |
| 19. | Aerial photograph of the subject area |
| 20. | Photographs of a duty belt with equipment |

Dated:  February 17, 2015          JAN I. GOLDSMITH, City Attorney


By  /s/ Donald F. Shanahan
          Donald F. Shanahan
          Chief Deputy City Attorney

Attorneys for Defendants
Ariel Savage and Justin Mattly