MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JAVIER COTA VS CITY OF SAN DIEGO, ET. AL.

Case Number: 12CV0998-BAS(JLB)   WITNESS LIST   Jury Trial

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| MAY 19, 2015 | X | | JUSTIN MATTLY |
| MAY 20, 2015 | X | | JUSTIN MATTLY (CONTINUED) |
| MAY 20, 2015 | X | | ARIEL SAVAGE |
| MAY 20, 2015 | X | | JAKE WISE |
| MAY 20, 2015 | X | | NATHANIEL GAFVERT |
| MAY 20, 2015 | X | | JAIME FELIX COTA, JR. |
| MAY 21, 2015 | X | | JAIME FELIX COTA, JR. (CONTINUED) |
| MAY 21, 2015 | X | | JAVIER COTA |
| MAY 22, 2015 | X | | JAVIER COTA (CONTINUED |
| MAY 22, 2015 | | X | CHRISTOPHER SAROT |
| MAY 22, 2015 | | X | DANIEL CHRISTMAN |
| MAY 22, 2015 | | X | BRET RIGHTHOUSE |
| MAY 22, 2015 | | X | ARIEL SAVAGE |
| MAY 22, 2015 | | X | MICHAEL RAMOS |
| MAY 22, 2015 | | X | ELMER PELLEGRINO |