# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER COTA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>    Defendants. | Case No. 12-cv-998 BAS (WMC)<br><br>JUDGMENT |

On May 26, 2015, a regularly impaneled jury returned a verdict in favor of Defendants Justin Mattly and Ariel Savage on Plaintiff Javier Cota's retaliatory arrest and excessive force claims.

The jury found by a preponderance of evidence that Defendants Mattly and Savage falsely arrested Plaintiff Cota. The jury also found by a preponderance of evidence that this false arrest was not a substantial factor in harm done to Plaintiff Cota and found by a preponderance of evidence that Plaintiff sustained no damages from the false arrest.

Therefore the Court **ENTERS** judgment in favor of Defendants on all claims. Plaintiff's counsel requested that the jury be polled as to its verdict, and the

1 | jury was polled. Upon polling of the jury, the jury was unanimous in its verdict.

2 | **IT IS SO ORDERED.**

3 | Dated: June 9, 2015

_____
Hon. Cynthia Bashant
United States District Judge