1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

JAVIER COTA,

       Plaintiff,

    v.

CITY OF SAN DIEGO, et al.,

       Defendants.

Case No. 12-cv-998 BAS (WMC)

AMENDED JUDGMENT

On May 26, 2015, a regularly impaneled jury returned a verdict in favor of Defendants Justin Mattly and Ariel Savage on Plaintiff Javier Cota's retaliatory arrest and excessive force claims.

The jury found by a preponderance of evidence that Defendants Mattly and Savage falsely arrested Plaintiff Cota. The jury also found by a preponderance of evidence that this false arrest was not a substantial factor in harm done to Plaintiff Cota and found by a preponderance of evidence that Plaintiff sustained no damages from the false arrest. Because Plaintiff failed to prove his claims against the individual defendants, his claims against Defendant City of San Diego fail.

Therefore the Court **ENTERS** judgment in favor of all Defendants on all

1  claims. Plaintiff's counsel requested that the jury be polled as to its verdict, and the

2  jury was polled. Upon polling of the jury, the jury was unanimous in its verdict.

3      This Amended Judgment vacates and supersedes the Judgment issued on June

4  9, 2015. ECF 128.

5      **IT IS SO ORDERED.**

6   Dated:  June 12, 2015

7                                        Hon. Cynthia Bashant
                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28